# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| RUSTAM BURKHAMOV,<br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL<br>Commissioner of Social Security,<br>Defendant. | Civil Action No.: 3:20-cv-00459<br><br>Magistrate Judge<br>Peter B. Silvain, Jr |

## ORDER

This cause coming before the Court on the stipulation of the parties, due notice having been given, and the Court being fully advised, it is hereby ordered that:

This matter shall be remanded back to the Commissioner for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), for further development of the record.

Entered:

*s/ Peter B. Silvain, Jr.*
PETER B. SILVAIN, JR.
UNITED STATES MAGISTRATE JUDGE

DATE: June 23, 2021