# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| RUSTAM BURKHAMOV, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20-cv-00459 |
| Commissioner of Social Security | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: This matter shall be remanded back to the Commissioner for further administrative proceedings, pursuant to Sentence Four of Section 205 of the Social Security Act, 42 U.S.C. § 405(g), for further development of the record.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Peter B. Silvain, Jr on a motion for Order to Remand.

Date: 6/23/21

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*